IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NUFARM AMERICAS INC.**, an Illinois corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>**DELTA RIDGE HOLDINGS, LLC**, an Oregon limited liability company; and **BRIAN JONES**,<br><br>   Defendants. | Case No. 2:22-cv-581-HL<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

  United States Magistrate Judge Andrew Hallman issued Findings and Recommendation in this case on September 12, 2023. Judge Hallman recommended that this Court grant Plaintiff's motion for summary judgment and enter judgment in favor of Plaintiff and against Defendants in the amount of $909,367.90. No party has filed objections.

  Under the Federal Magistrates Act (Act), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings

PAGE 1 – ORDER

or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3). If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, this Court follows the recommendation of the Advisory Committee and reviews Judge Hallman's Findings and Recommendation for clear error on the face of the record. No such error is apparent. Accordingly, the Court ADOPTS Judge Hallman's Findings and Recommendation, ECF 35. The Court GRANTS Plaintiff's motion for summary judgment, ECF 29, and enters judgment in favor of Plaintiff and against Defendants in the amount of $909,367.90.

**IT IS SO ORDERED.**

DATED this 29th day of September, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – ORDER